12-10-00348CVF

ACCEPTED
Filed 9/1/2015 11:56:50 / CV
FOURTH Ramona B. Rodriguals
SAN ANTONIDistrictExAS
9/ErizoCounty. Te PM
KEITH HOTTLE
Esperanza Zap CLERK

04-15-00544-CV

## Cause No. 12-10-00348CVF

**ROBERTO JIMENEZ**
**plaintiff,**

**vs**

**JUAN J. VILLARREAL**
**Defendant**

**IN THE DISTRICT COURT**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

**218ᵀᴴ JUDICIAL DISTRICT**
09/2/2015 1:15:52 PM

KEITH E. HOTTLE
**FRIO COUNTY, TEXAS**

## NOTICE OF APPEAL

## TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now JUAN J. VILLARREAL, Defendant herein, who makes and files this, his

Notice of Appeal, and would respectfully show unto the Honorable Court as follows:

I.

This Notice of Appeal is being filed pursuant to Tex. R. App. Pro. 25.1 (a) and Tex. R.

App. Pro 26.1 (a) (2).

II.

Juan J. Villarreal, Defendant herein, gives notice of his desire to appeal the final

judgment in this case dated June 11, 2015. A true and correct copy of the judgment being

appealed is attached hereto as Exhibit A, and is incorporated herein by reference for all purposes

as if set forth at length. The deadline for filing this Notice of Appeal was extended by a timely-

filed motion for modification of the judgment.

III.

The appeal of this judgment is being taken to the Fourth Court of Appeals for Texas at

San Antonio, Texas.

**WHEREFORE, PREMISES CONSIDERED,** Juan J. Villarreal prays that the

Honorable Court take notice of his Notice of Appeal.

Juan J. Villarreal prays for such other and further relief, general or special, in law or in equity, to which he may prove himself to be justly entitled.

RESPECTFULLY SUBMITTED,

Bustamante Law Office
719 S. St. Mary's St.
San Antonio, Texas 78205
Ph. No. 210-465-8555
Fax No. 210-465-8556
bustamantelaw@yahoo.com

Pablo V. Bustamante
SBN 03510760

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appeal has been sent to Mr. MANUEL MONTES, Attorney for Plaintiff, at 6800 Park Ten Blvd. North- Ste 220, San Antonio, Texas 78213 on this the ___1st___ day of ___September___ 2015.

Pablo V. Bustamante

# Exhibit A

| | | |
|---|---|---|
| ROBERTO JIMENEZ | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | |
| | § | 218th JUDICIAL DISTRICT |
| CAMILO MENDEZ, INDIVIDUALLY | § | |
| AND DBA CAMILO MENDEZ AUTO | § | |
| BODY AND PAINT; AND | § | |
| JUAN J. VILLARREAL | § | FRIO COUNTY, TEXAS |

## JUDGMENT AND DECREE SETTING ASIDE CERTIFICATES

On April 9, 2015, came on to be heard the above-entitled and numbered cause before the Court.

Plaintiff, ROBERTO JIMENEZ, appeared in person and through attorney of record, Manuel P. Montez, and announced ready for trial.

Defendant, CAMILO MENDEZ, individually and doing business as CAMILO MENDEZ AUTO AND PAINT, appeared in person and through attorney of record, Jeffrey Linick, and announced ready for trial.

Defendant, JUAN J. VILLARREAL, appeared in person and through his attorney of record, Pablo V. Bustamante, announced ready for trial.

The Court, after examining the record and the evidence and argument of counsel, finds that it has jurisdiction of this case and of all the parties and that no other court has continuing, exclusive jurisdiction of this case. All persons entitled to citation were properly cited.

*Jury*

A jury was waived, and all questions of fact and of law were submitted to the Court.

*Record*

The record of the trial was duly reported by the official court reporter of the 81st Judicial

The record of the trial was duly reported by the official court reporter of the 81st Judicial District Court.

The Court, having examined the record and heard the evidence and argument of counsel, finds that the material allegations in Plaintiff's Original Petition are true.

The Court finds that the Defendant Camilo Mendez, Individually and DBA Camilo Mendez Auto Body and Paint purportedly sold the vehicle to himself without proper compliance with the Texas Transportation Code, Chapter 501 and section 70.005 and 70.006 of the Texas Property Code. The vehicle is described in the following certificate of Title:

TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

103567208

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1Z37T3S428381 | 1973 | CHEV | 2T |

TITLE/DOCUMENT NUMBER: 082000408900095014    DATE TITLE ISSUED: 12/27/2011

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 3200 | DF4V168 |

PREVIOUS OWNER
CAMILO MENDEZ PEARSALL, TX

ODOMETER READING: EXEMPT

OWNER
CAMILO MENDEZ
1819 NOLAN ROAD #5
PEARSALL, TX 78061

REMARK(S)

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN          1ST LIENHOLDER
12/15/2011   SECURITY STATE BANK
             DRAWER S
             PEARSALL, TX 78061

1ST LIEN RELEASED 1-9-12 DATE
AUTHORIZED AGENT SVP

DATE OF LIEN          2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE

BY _____
AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE, THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____

FORM 30.C REV. 22010    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

The Court finds that Defendant Camilo Mendez Individually and d/b/a Camilo Mendez Auto and Paint sold to Defendant, Juan J. Villarreal unlawfully and without proper compliance with Chapter 501 of the Texas Transportation Code and sections 70.005 and 70.006 of the Texas Property Code the vehicle described in a certificate of Title as follows:



The Court finds that the vehicle with which this Judgment and Decree is concerned is described as:

1973 Chevrolet Corvette vehicle identification number 1Z37T38428381.

IT IS DECREED that the transfer of the above vehicle from CAMILO MENDEZ to CAMILO MENDEZ is void and the vehicle transaction is hereby set aside as to CAMILO MENDEZ.

IT IS DECREED that the certificate of title issued by the State Department of Highways and Public Transportation, Motor Vehicle Division, dated the 27 day of December, 2011 with number 08200040890095014 is void and is hereby set aside as to CAMILO MENDEZ.

IT IS DECREED that the transfer of the above vehicle from CAMILO MENDEZ to JUAN J. VILLARREAL is void and the transfer of the vehicle is hereby set aside as to JUAN J. VILLARREAL

IT IS DECREED that the certificate of title issued by the State Department of Highways and Public Transportation, Motor Vehicle Division, dated the 31st day of January, 2012 with number 08200040926122516 is void and is hereby set aside as to JUAN J. VILLARREAL.

IT IS DECREED that the delivery of possession of the 1973 CHEVROLET CORVETTE VIN # 1Z37T38428381 to Defendant JUAN J. VILLARREAL is void and is hereby set aside as to JUAN J. VILLARREAL.

IT IS ORDERED that JUAN J. VILLARREAL delivers possession of the above described vehicle to Plaintiff ROBERTO JIMENEZ. Possession IS ORDERED to be delivered on the 15th day of June 2015 at the Frio County Courthouse, Pearsall, Texas at 12:00p.m. NOON.

IT IS ORDERED that attorney's fees are to be borne by the party who incurred them.

*Costs*

IT IS ORDERED that costs of court are to be borne by the party who incurred them.

*Relief Not Granted*

IT IS ORDERED that all relief requested in this case and not expressly granted is denied.

All other terms of the prior orders not specifically modified in this order shall remain in full force and effect.

*Date of Order*

SIGNED ON THIS ___11___ day of June 2015.

_____
JUDGE PRESIDING

**FILED**
AT 9:40 O'CLOCK ___A___ M

JUN 11 2015

_____
CLERK DISTRICT COURT
FRIO COUNTY, TEXAS
By_____ DEPUTY

APPROVED AS TO FORM ONLY:

THE LAW OFFICE OF PABLO V. BUSTAMANTE
719 S. St. Mary's Street
San Antonio, Texas 78205
Tel: (210) 465-8555
Fax: (210) 465-8556


By: _____
PABLO V. BUSTAMANTE
State Bar No: 0310760
Attorney for Petitioner

_____
JEFFREY LINICK
ATTORNEY AT LAW
State Bar No: 24072211
9257 Somerset Road #2303
San Antonio, Texas 78211

Attorney for Defendant,
Camilo Mendez, Individually and
dba Camilo Mendez Auto Body and
Paint

THE LAW OFFICE OF MONTEZ & PATTERSON
MANUEL P. MONTEZ
ATTORNEY AT LAW
6800 Park Ten Blvd Ste. 220N
San Antonio, Texas 78213
Tel: (210) 736-1680
Fax: (210) 736-1689

By: _____
MANUEL P. MONTEZ          JOHN A PATTERSON, JR
State Bar No: 14286000    SBN 24027776
Attorney for Plaintiff